Erika Birch (Bar No.7831)
Chad Johnson (Bar No. 10101)
**BIRCH HALLAM HARSTAD & JOHNSON**
1516 W. Hays St.
Boise, ID 83702
(t) 208.336.1788
(f) 208.287.3708
*erika@idahojobjustice.com*
*chad@idahojobjustice.com*

*Attorneys for Plaintiff*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| **ALLISON BUTLER**,<br><br>        Plaintiff,<br><br>vs.<br><br>**CITY OF CALDWELL, CALDWELL POLICE DEPARTMENT, a municipality; and CHIEF REX INGRAM, in his individual capacity.**<br><br>        Defendants. | **PLAINTIFF'S SERVICE STATUS REPORT**<br><br>Case No. 1:25-CV-00067-DKG<br><br>Magistrate Judge Debora K Grasham |

Pursuant to Dist. Idaho L. Rule 4.1, Plaintiff hereby provides notice that service of the complaint and summonses has not yet been completed. Plaintiff provided Defendants' counsel with courtesy copies of the Complaint via e-mail on February 6, 2025. Plaintiff intends to file proof of service after service has been effectuated.

DATED this 6th day of March, 2025.

                                          **BIRCH HALLAM HARSTAD & JOHNSON**
                                           /s/ Chad Johnson
                                          Chad Johnson / Erika Birch
                                          Attorneys for Plaintiff

1 | PLAINTIFF'S SERVICE STATUS REPORT