UNITED STATES DISTRICT COURT

DISTRICT OF IDAHO

| | |
|---|---|
| ALLISON BUTLER<br><br>　　　　　Plaintiff,<br><br>v.<br><br>CITY OF CALDWELL; CALDWELL POLICE DEPARTMENT; CHIEF REX INGRAM; MAYOR JAROM WAGONER,<br><br>　　　　　Defendants. | Case No. 1:25-cv-00067-DKG<br><br>**ORDER RE: ADOPT STIPULATED PROTECTIVE ORDER (DKT 13)** |

Before the Court is the parties' Stipulated Protective Order. (Dkt. 13) Having reviewed the protective order, pleadings, and entire record herein, and being fully apprised in the premises, the Court finds good cause has been shown to adopt the stipulated protective order in this action pursuant to Federal Rule of Civil Procedure 26(c). (Dkt. 13).

## ORDER

NOW THEREFORE IT IS HEREBY ORDERED that the Stipulated Protective Order (Dkt. 13) is hereby **ENTERED** and is effective as of the date of this Order.

DATED: June 13, 2025

_____
Honorable Debora K. Grasham
United States Magistrate Judge

**ORDER - 1**