Erika Birch (Bar No.7831)
Charles Johnson (Bar No. 10101)
**BIRCH HALLAM HARSTAD & JOHNSON**
1516 W. Hays St.
Boise, ID 83702
(t) 208.336.1788
(f) 208.287.3708
*erika@idahojobjustice.com*
*chad@idahojobjustice.com*

*Attorneys for Plaintiff*

---

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| **ALLISON BUTLER**, <br><br> Plaintiff, <br><br> vs. <br><br> **CITY OF CALDWELL, CALDWELL POLICE DEPARTMENT, a municipality; CHIEF REX INGRAM, in his individual capacity; and MAYOR JAROM WAGONER, in his individual capacity.** <br><br> Defendants. | **JOINT STATUS REPORT** <br><br> Civil No. 1:25-CV-00067-DKG <br><br> Magistrate Judge Debora K Grasham |

Pursuant to the Court's *Order Re: Stipulation to Extend Deadlines* (Dkt. #31)*,* the parties hereby provide notice that they reached a resolution of the instant matter during mediation held on April 27, 2026 and are in the process of finalizing the same. The parties anticipate filing dismissal paperwork within the next 30 days.

| **BIRCH HALLAM HARSTAD & JOHNSON** | **CASTLETON LAW PLLC** |
|---|---|
| /s/ Erika Birch | /s/ Bruce Castleton |
| Erika Birch | Bruce Castleton |
| Charles Johnson | (signed with permission) |
| *Attorneys for Plaintiff* | *Attorney for Defendants City of Caldwell, Chief Rex Ingram, and Mayor Jarom Wagoner* |

---

**1 | JOINT STATUS REPORT**

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on May 4, 2026 a true and correct copy of the forgoing pleading was served on the following via the CM/ECF system:

Bruce Castleton
Castleton Law, PLLC
10400 Overland Road #238
Boise, Idaho 83709
bruce@castletonlegal.com

/s/ Dunja Subasic
Dunja Subasic, of the firm