Erika Birch (Bar No.7831)
Chad Johnson (Bar No. 10101)
**BIRCH HALLAM HARSTAD & JOHNSON**
1516 W. Hays St.
Boise, ID 83702
(t) 208.336.1788
(f) 208.287.3708
*erika@idahojobjustice.com*
*chad@idahojobjustice.com*

*Attorneys for Plaintiff*

---

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| **ALLISON BUTLER**,<br><br>     Plaintiff,<br><br>vs.<br><br>**CITY OF CALDWELL, CALDWELL POLICE DEPARTMENT, a municipality; CHIEF REX INGRAM, in his individual capacity; and MAYOR JAROM WAGNER, in his individual capacity.**<br><br>     Defendants. | **PLAINTIFF'S MOTION TO FILE CONFIDENTIAL EXHIBITS UNDER SEAL**<br><br>Civil No. 1:25-CV-00067-DKG<br><br>Magistrate Judge Debora K Grasham |

Plaintiff Allison Butler, by and through her undersigned attorneys, hereby moves the Court for an order placing Exhibits E, F, and H referenced in the *Declaration of Erika Birch in Support of Plaintiff's Opposition to Protective Order (Dkt. #34)* ("Birch Dec.") under seal of the Court. Exhibit E and F are documents for which the parties disagree regarding their confidentiality and are at the heart of Defendants' Motion pending before the Court. Exhibit H is a document prepared by Plaintiff's counsel which contains information that she agrees should be confidential in that it

---

**1 | PLAINTIFF'S MOTION TO FILE CONFIDENTIAL EXHIBITS UNDER SEAL**

lists documents referencing innocent third-party witnesses that were interviewed as part of Plass's investigation, and as such, should be protected under seal.

DATED this 12th day of June, 2026.

**BIRCH HALLAM HARSTAD & JOHNSON, LLC**

/s/ Erika Birch
Erika Birch
Chad Johnson
*Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

I certify that on June 12, 2026, I served the foregoing pleading on the following by

CM/ECF electronic service:

Bruce Castleton
Castleton Law, PLLC
10400 Overland Road #238
Boise, Idaho 83709
bruce@castletonlegal.com

/s/ Dunja Subasic_____
Dunja Subasic