# EXHIBIT I

## Chad Johnson

| | |
|---|---|
| **From:** | Bruce Castleton <bcastleton@castletonlegal.com> |
| **Sent:** | Tuesday, May 19, 2026 2:07 PM |
| **To:** | Erika Birch; Chad Johnson |
| **Subject:** | Plass materials and redactions |

Erika and Chad,

Going off the sheet you provided me, I am in agreement with your proposed redactions with the following exceptions:

060-074    Since these are documents from a non-party's personnel file, I don't believe name redaction is sufficient and the documents as a whole should not be produced
148-149     Same
153-145     Same
195-216    Third party names should be redacted
965-967    Third party names should be redacted

Understanding these agreements are meant to be effective only in the event the Court rules against my clients in designating the entire set of Plass materials confidential.

Thanks,
Bruce

**Bruce J. Castleton**



10400 Overland Road   #238  Boise, ID  83709
bruce@castletonlegal.com   **PHONE:** 208-629-4590   **FAX:**  208-509-4814

This message and any files attached hereto are intended strictly for the use of the intended addressee(s) and may contain information that is privileged and confidential.  If you are not the intended recipient of this email and have received this communication in error, please delete all electronic copies of this message and any attached files, destroy any copies in existence, and notify me at bruce@castletonlegal.com.