Bruce Castleton, ISB #6915
CASTLETON LAW, PLLC
10400 Overland Road #238
Boise, ID 83709
Telephone: (208) 629-4590
Facsimile No. (208) 509-4814
Email: bruce@castletonlegal.com

*Attorney for Defendants*

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| ALLISON BUTLER, <br><br> Plaintiff, <br><br> vs. <br><br> CITY OF CALDWELL, CALDWELL POLICE DEPARTMENT, a municipality; CHIEF REX INGRAM, in his individual capacity; and MAYOR JAROM WAGONER, in his individual capacity, <br><br> Defendants. | Case No. 1:25-cv-00067-DKG <br><br> **DEFENDANTS' NON-OPPOSITION TO PLAINTIFF'S MOTION TO FILE CONFIDENTIAL EXHIBITS UNDER SEAL  (Dkt. No. 36)** |

COME NOW Defendants City of Caldwell, Caldwell Police Department, Rex Ingram, and Jarom Wagoner, by and through their attorneys of record, Castleton Law PLLC, and hereby file their Non-Opposition to Plaintiff's Motion to File Confidential Exhibits Under Seal (Dkt. No. 36). In filing this Non-Opposition, Defendants assert as follows:

1.      In the Ninth Circuit, sealing documents connected to a non-dispositive or collateral motion generally requires good cause, unless the filing is more than tangentially related to the merits, in which case compelling reasons may be required.  *Ctr. for Auto Safety v. Chrysler Grp., LLC*, 809 F.3d 1092, 1095-96 (9th Cir. 2016). This is a non-dispositive motion that has no relation

**DEFENDANTS' NON-OPPOSITION TO MOTION TO SEAL  - 1.**

to the merits of the case.  Importantly, this case has already been settled so there is no forthcoming resolution of the merits of the case through motion or trial.

2.      Good cause exists to have these documents filed under seal, which good cause Defendants have argued in their Motion to Designate Documents Under Stipulated Protective Order; Alternative Motion for Protective Order Under F.R.C.P. Rule 26(c) (Dkt. No. 34) and their Reply Brief for this Motion (Dkt. No. 39).  Specifically, the same basis for these documents being designated as CONFIDENTIAL under the Parties stipulated Protective Order or through a Rule 26(c) protective order support the sealing of these documents for purposes of this present motion. Defendants hereby refer to and incorporate herein those arguments and authorities raised in that briefing in support of their Non-Opposition to Plaintiff's current Motion to Seal.

DATED this 6th day of July, 2026.

CASTLETON LAW, PLLC.

*/s/ Bruce J. Castleton*
BRUCE J. CASTLETON, Of the Firm
Attorneys for Defendants

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 6th day of July, 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent a Notice of Electronic Filing to the following persons:

| | |
|---|---|
| Erika Birch | erika@idahojobjustice.com |
| Chad Johnson | chad@idahojobjustice.com |
| BIRCH HALLAM HARSTAD & | |
| JOHNSON | |
| 1516 W Hayes St | |
| Boise, ID 83702 | |
| *Attorneys for Plaintiff* | |

*/s/ Bruce J. Castleton*
BRUCE J. CASTLETON

**DEFENDANTS' NON-OPPOSITION TO MOTION TO SEAL  - 2.**