Bruce J. Castleton ISB No. 6915
CASTLETON LAW PLLC
10400 Overland Road #238
Boise, ID 83709
Telephone No. (208) 629-4590
Facsimile No. (208) 509-4814
bruce@castletonlegal.com
Attorneys for Defendants

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF IDAHO**

| | |
|---|---|
| ALLISON BUTLER,<br><br>Plaintiff,<br><br>vs.<br><br>CITY OF CALDWELL, CALDWELL POLICE DEPARTMENT, a municipality; CHIEF REX INGRAM, in his individual capacity; and MAYOR JAROM WAGONER, in his individual capacity.<br><br>Defendants. | Case No. 1:25-CV-00067-DKG<br><br>**STIPULATION TO DISMISSAL WITH PREJUDICE** |

The Parties through their counsel of record, do hereby stipulate and agree that the Court shall enter an Order dismissing the instant lawsuit with prejudice. It is further stipulated that all parties bear their own costs, expenses, and attorney fees.

DATED this 24th day of August, 2026.

BIRCH HALLAM HARSTAD & JOHNSON

_*/s/ Erika Birch*_______________
Erika Birch, of the Firm
Attorneys for Plaintiff

DATED this 24th day of August, 2026.

CASTLETON LAW PLLC

__*/s/ Bruce J. Castleton*____________
Bruce Castleton, of the Firm
Attorneys for Defendants City of Caldwell, Chief Rex Ingram, and Mayor Jarom Wagoner